# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES KINGSMILL, JR.**<br><br>v.<br><br>**ROUNDO AB, et al.** | **CIVIL ACTION**<br><br>**NO. 12-3524** |

## ORDER GRANTING DEFENDANT ROUNDO AB'S FRCP 12(b)(2) MOTION

**AND NOW**, this 18th day of July, 2013, upon consideration of Defendant Roundo AB's ("Roundo") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Motion") (ECF 3), Plaintiff's Response (ECF 17), Roundo's Reply (ECF 18), Plaintiff's Sur-Response (ECF 20), and Roundo's Sur-Reply (ECF 22), it is hereby **ORDERED** that:

1. Roundo's Motion (ECF 3) is **GRANTED**; and
2. Roundo is DISMISSED as a defendant in this case.

It is further **ORDERED** that the Clerk of the Court take this case out of suspense and place it into active status.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-3524 kingsmill v. roundo\12cv3524.Order re 12(b)(2) Mot.doc